**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Nigel GRAY, Defendant–Appellant.**

No. 07–11014
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 12, 2007.

Nathan Dorlan Clark, Coral Reef Law Offices, P.A., Miami, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before BLACK, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Nathan D. Clark, appointed counsel for Nigel Gray in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gray's sentence is **AFFIRMED.**